MORROW, Rec. v. HESS, Aud.

Ohio Appeals, 1st Dist., Hamilton Co.

No. 2862. Decided June 28, 1926

1002. RECEIVERS—A receiver must list all moneys in his hands for taxation on the day preceding the second Monday of April in any year.

HAMILTON, J.

Thomas H. Morrow, receiver of the partnership of Channer & Sawyer, brought this original action in the Hamilton Common Pleas to enjoin William Hess, the county auditor, from listing certain moneys for taxation which were in his custody as such receiver.

Morrow claimed that since the money is in his hands for distribution only, he should not be required as receiver to list the property for taxation, as it would be the duty of the creditors who are entitled to the money on distribution, to list same. The lower court refused the injunction and Morrow appealed the

case to the Court of Appeals which held:

1. By virtue of 5372-1 GC. it is the duty of the receiver to list all moneys in his hands on the day preceding the second Monday in April in any year.

2. To comply with this statute, the receiver should have listed the property in question; and upon his failure to do so, the auditor is authorized by the statute to list the same.

3. To hold otherwise would be to judicially legislate, the same not being the function of the court.

Injunction denied and petition dismissed.

Attorneys—Nichols, Morrill, Stewart & Ginter, & Peck, Shaffer & Williams for Morrow; Charles S. Bell, Pros. Atty., & Sylvester Hickey, Asst. Pros. Atty., for Hess; all of Cincinnati.